IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:08CR53 |
| PATRICIA LYNN JOHNSON, | ) ) | **SCHEDULING ORDER** |
| Defendant. | ) ) | |

UPON THE ORAL MOTION OF THE DEFENDANT and no objection from the government,

IT IS ORDERED that the initial appearance and arraignment of the defendant is continued to **March 24, 2008** at **1:30 p.m.**   before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 17th day of March, 2008.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge