# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:08CR53 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **AMENDED** |
| vs. | ) | **TENTATIVE FINDINGS** |
| | ) | |
| PATRICIA LYNN JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

The Court has received the Revised Modified Presentence Investigation Report ("PSR") and the parties' objections thereto (Filing Nos. 91, 95).[1] *See* Order on Sentencing Schedule, ¶ 6.  The Court advises the parties that these Tentative Findings are issued with the understanding that, pursuant to *United States v. Booker,* 543 U.S. 220 (2005), the sentencing guidelines are advisory.

The plea agreement reached under Federal Rule of Criminal Procedure 11(c)(1)(C) is for a sentence of 5 years probation.  The plea agreement does not address guideline issues.  The PSR applies a 4-level upward enhancement for an aggravating role in the offense, and this adjustment precludes a sentence under the plea agreement if the advisory guidelines are strictly applied.  The parties' arguments have been considered, and the Defendant's objections are granted.  The total offense level is 7.

IT IS ORDERED:

1.      The Defendant's objections to the PSR (Filing No. 91) are granted;

2.      The government's objections to the PSR (Filing No. 95) are granted;

---

[1]These Amended Tentative Findings recognize the filing of the government's objections (Filing No. 95).

3.      Otherwise the Court's tentative findings are that the Presentence Investigation Report is correct in all respects;

4.      If **any** party wishes to challenge these tentative findings, the party shall immediately file in the court file and serve upon opposing counsel and the Court a motion challenging these tentative findings, supported by (a) such evidentiary materials as are required (giving due regard to the requirements of the local rules of practice respecting the submission of evidentiary materials), (b) a brief as to the law, and (c) if an evidentiary hearing is requested, a statement describing why an evidentiary hearing is necessary and an estimated length of time for the hearing;

5.      Absent submission of the information required by paragraph 4 of this Order, my tentative findings may become final; and

6.      Unless otherwise ordered, any motion challenging these tentative findings shall be resolved at sentencing.

DATED this 3rd day of February, 2009.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge